## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 19-14035-ROSENBERG/MAYNARD

UNITED STATES OF AMERICA
    Plaintiff,
v.

TENTLOGIX, INC.,
A Florida Corporation,
GARY HENDRY.
DENNIS BIRDSALL, and
KENT HUGHES.
    Defendant.
_____/

### NOTICE OF FILING PROPOSED ORDER

Defendant, KENT HUGHES, hereby files this Proposed Order to Return Passport.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Michael Porter, AUSA via CF/ECM this 5th day of November 2019.

        s/Robert J. Watson
        ROBERT J. WATSON
        rjwpa@yahoo.com
        Florida Bar No. 290092
        Attorney for the Defendant
        ROBERT J. WATSON, PA
        360l S.E.Ocean Blvd., Ste.004
        Stuart, Florida 34996
        (772) 288-l880